COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-144-CV

IN RE NORMAN DOYLE HANLEY
 RELATOR

----------

ORIGINAL PROCEEDING

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  CAYCE, C.J.; DAUPHINOT and MEIER, JJ.

DELIVERED:  July 2, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.